Order issued October 30, 2012

004638



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00902-CV

## DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant

V.

## HOSPIRA WORLDWIDE, INC., Appellee

## ORDER

We **GRANT** appellee's October 23, 2012 unopposed motion for an extension of time to file a sur-reply brief. We **ORDER** the sur-reply brief tendered to this Court by appellee on October 26, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE